FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 9 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02043-WDM-CBS

ADOLPH SPEARS,

      Plaintiff,

v.

DIRECTOR OF THE FEDERAL BUREAU OF PRISONS,
REGIONAL DIRECTOR, North Central Region of the F.B.O.P.,
REGIONAL DESIGNATOR, North Central Region of the F.B.O.P.,
REGIONAL DIRECTOR, Western Region F.B.O.P., and
REGIONAL DESIGNATOR, Western Region F.B.O.P.,

      Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants .

Dated: Jan. 7, 2008

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02043-WDM-CBS

Adolph Spears
Reg. No. 36661-136
USP - Florence
PO Box 7000
Florence, CO 81226

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 12/12/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _1-9-08_ .

                                        GREGORY C. LANGHAM, CLERK

                                        By:_____
                                                    Deputy Clerk