IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02043-WDM-CBS

ADOLPH SPEARS,

      Plaintiff,

v.

DIRECTOR OF THE FEDERAL BUREAU OF PRISONS,
REGIONAL DIRECTOR,
North Central Region of the F.B.O.P.;
REGIONAL DESIGNATOR,
North Central Region of the F.B.O.P.;
REGIONAL DIRECTOR,
Western Region of the F.B.O.P.;
REGIONAL DESIGNATOR,
Western Region of the F.B.O.P.;

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Vacate June 18, 2008 Status Conference and to Re-Set it for a Different Date (*doc. no. 23*) is **GRANTED**.

      IT IS HEREBY ORDERED the June 18, 2008 status conference is **VACATED** and **RESET** to on **July 9, 2008 at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

**DATED:**      May 22, 2008