IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02043-WDM-CBS

ADOLPH SPEARS,
    Plaintiff,
v.

DIRECTOR OF THE FEDERAL BUREAU OF PRISONS [HARLEY LAPPIN],
REGIONAL DIRECTOR, NORTH CENTRAL REGION OF THE F.B.O.P. [MICHAEL NALLEY],
REGIONAL DESIGNATOR, NORTH CENTRAL REGION OF THE F.B.O.P.,
REGIONAL DIRECTOR, WESTERN REGION OF THE F.B.O.P. [ROBERT MCFADDEN],
and
REGIONAL DESIGNATOR, WESTERN REGION OF THE F.B.O.P.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for a Status Conference on July 9, 2008. Pursuant to the Order of Reference dated January 10, 2008 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court having reviewed the status of the case, the pending matters, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.   "Defendants' Motion for Leave to Respond on Behalf of Harley Lappin, the Director of the Federal Bureau of Prisons" to Dismiss (filed May 7, 2008) (doc. # 18) is GRANTED and the Motion to Dismiss (doc. # 19) is accepted for filing as of May 7, 2008.

    2.   Attached to this Order, the court provides Mr. Spears copies of *Hale v. Ashcroft*, 2007 WL 2350150 (D. Colo. August 15, 2007), *Barnes v. Jones*, 2007 WL 628060 (D. Colo. Feb. 26, 2007), and *Florence v. Rios*, 2008 WL 538677 (D. Colo. Feb. 25, 2008).    3   .

    A further telephone status conference shall be held on **July 21, 2008 at 1:30 p.m.** in Courtroom A-402, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 Nineteenth

Street, Denver, Colorado. Mr. Spears and/or his case manager shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

DATED at Denver, Colorado, this 9th day of July, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge