## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02043-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 21, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ADOLPH SPEARS, | *Pro se,* via telephone |
| **Plaintiff,** | |
| v. | |
| DIRECTOR OF FEDERAL BUREAU OF PRISONS, *et al.*, | Terry Fox |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 1:24 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**ORDERED:** The oral motion to withdraw Plaintiff's Motion for Order of Default Judgment [filed July 14, 2008; doc. 32] is granted. The motion (*doc. 32*) is hereby withdrawn.

Plaintiff states that he would like to dismiss his lawsuit without prejudice at this time.

**ORDERED:** Plaintiff shall file a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1) by July 25, 2008.

HEARING CONCLUDED.

**Court in recess:** 1:32 p.m.
Total time in court: 00:08