IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02043-WDM-CBS

ADOLPH SPEARS,

    Plaintiff,

v.

DIRECTOR OF THE FEDERAL BUREAU OF PRISONS,
REGIONAL DIRECTOR, North Central Region of F.B.O.P.,
REGIONAL DESIGNATOR, North Central Region of F.B.O.P.,
REGIONAL DIRECTOR, Western Region of F.B.O.P.,
REGIONAL DESIGNATOR, Western Region of F.B.O.P.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 13, 2008.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL